IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701<br>         Plaintiffs,<br><br>    v.<br><br>PATSON, INC. d/b/a NORTHWEST FORD & STERLING TRUCK CENTER,<br>an Illinois Corporation<br>         Defendant. | No. 07 C 6701<br><br>Judge Castillo<br><br>Magistrate Judge Mason |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendants, PATSON, INC., d/b/a NORTHWEST FORD & STERLING TRUCK CENTER, an Illinois Corporation without prejudice, pursuant to provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**ARNOLD AND KADJAN**

s/Paul M. Egan
Paul M. Egan
Attorney for Plaintiffs

Paul M. Egan
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438