IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701 <br> Plaintiffs, <br> v. <br> PATSON, INC. d/b/a NORTHWEST FORD & STERLING TRUCK CENTER, <br> an Illinois Corporation <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 C 6701 <br><br> Judge Castillo <br><br> Magistrate Judge Mason |

## NOTICE OF FILING

**TO:** Patson, Inc. d/b/a Northwest Ford & Sterling Truck Center
c/o George Lajeunesse, Human Resources Manager
4000 N. Mannheim
Franklin Park, IL 60131

**PLEASE TAKE NOTICE** that on January 8, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Notice of Voluntary Dismissal for the Plaintiffs, Trustees of the Automobile Mechanics, et al., copies of which are attached hereto and hereby served upon you.

                                                  Respectfully submitted,

                                                  **TRUSTEES OF THE AUTOMOBILE**
                                                  **MECHANICS, et al.,**

                                                  By: s/ Paul M. Egan
                                                       One of their Attorneys

PAUL M. EGAN
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 8, 2008 I electronically filed the foregoing Notice of Filing and Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

     Patson, Inc. d/b/a Northwest Ford & Sterling Truck Center
      c/o George Lajeunesse, Human Resources Manager
          4000 N. Mannheim
         Franklin Park, IL 60131

          **s/Paul M. Egan**
          ARNOLD AND KADJAN
          19 W. Jackson Blvd., Suite 300
          Chicago, IL 60604
          Telephone No.: (312) 236-0415
          Facsimile No.: (312) 341-0438
          Dated: January 8, 2008