AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE AUTOMOBILE MECHANICS'
INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701

　　　　　Plaintiffs,

V.

PATSON, INC. D/B/A NORTHWEST FORD &
STERLING TRUCK CENTER,
AN ILLINOIS CORPORATION

　　　　　Defendant.

07CV 6701
JUDGE CASTILLO
MAGISTRATE JUDGE MASON

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
　　PATSON, INC. D/B/A NORTHWEST FORD &
　　STERLING TRUCK CENTER
　　C/O ITS REGISTERED AGENT, JOHN F. PURTILL
　　1515 E. WOODFIELD ROAD, #250
　　SCHAUMBURG, IL 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　PAUL M. EGAN
　　ARNOLD AND KADJAN
　　19 WEST JACKSON BLVD., SUITE 300
　　CHICAGO, IL 60604
　　(312) 236-0415

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*(signature)*
BY DEPUTY CLERK

NOV 2 9 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DECEMBER 18, 2007 AT 2:45 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED PATSON INC d/b/a NORTHWEST FORD + STERLING TRUCK CENTER C/O REG AGENT JOHN PURTILL AT LAW OFFICE; 1515 E WOODFIELD BLVD ALSO SCHAUMBURG C/O Legal Assistant

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: KATHY SKIBA (W/F 25 BROWN HAIR

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.