## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Trustees of The Automobile Mechanics' Industry Welfare and Pension Funds Local 701

Plaintiff,

v.

Case No.: 1:07−cv−06701

Honorable Ruben Castillo

Patson, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

MINUTE entry before Judge Ruben Castillo :This case is hereby dismissed without prejudice pursuant to the Notice of Voluntary Dismissal filed by the Plaintiffs on 1/8/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.